NOT FOR PUBLICATION

RECEIVED
SEP - 3 2014
AT 8:30_____M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF,<br>            Petitioners,<br><br>v.<br><br>H.W. ALWARD, INC.<br>            Respondent. | Civ. No. 14-4477<br><br>**MEMORANDUM ORDER** |

THOMPSON, U.S.D.J.

    This matter is before the Court upon a petition to confirm an arbitration award. (Docket Entry No. 2). Respondent has not made an appearance or challenged the Petition. Upon consideration of Petitioner's submissions, certificate of service, and for good cause shown,

    IT IS, on this ___26th___ day of August, 2014,

    ORDERED that Petitioners' motion to confirm the arbitration award, (Docket Entry No. 2), is GRANTED; and it is

    ORDERED that the May 27, 2014 arbitration award and order against Respondent are CONFIRMED; and it is

    ORDERED that judgment is entered against Respondent in favor of New Jersey Building Laborers Statewide Benefit Funds and the Trustees Thereof in the amount of $8,308.09, plus the court filing fee in the amount of $400.00; and it is

    ORDERED that this case is CLOSED.

/s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.